# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Lynda Jacqueline Quintana-Pierce,<br>a.k.a.: Lynda Jacqueline Quintana,<br>a.k.a.: Linda Jacquiline Quintana,<br>a.k.a.: Lynda J. Quintana,<br>(A098 289 741)<br>*Defendant* | )<br>)<br>) Case No. 17-9377 MJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 9, 2016, in the County of Mohave, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Lynda Jacqueline Quintana-Pierce, an alien, was found in the United States of America, at or near Kingman, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 25, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

*Complainant's signature*

Gilbert V. Longoria,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 29, 2017

*Judge's signature*

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Gilbert V. Longoria, being duly sworn, hereby depose and state as follow:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about May 9, 2016, Lynda Jacqueline Quintana-Pierce was booked into the Mohave County Jail (MCJ) intake facility by the Mohave Police Department on local charges. While incarcerated at MCJ, Quintana-Pierce was examined by ICE Officer P. Sandoval who determined her to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On August 28, 2017, Quintana-Pierce was released from the Arizona Department of Corrections and transported to the Phoenix ICE office for further investigation and processing. Quintana-Pierce was held in administrative custody until her criminal and immigration records could be obtained and her identity confirmed.

3. Immigration history checks revealed Lynda Jacqueline Quintana-Pierce to be a citizen of Mexico and a previously deported criminal alien. Quintana-Pierce was removed from the United States to Mexico at or near Nogales, Arizona, on or about November 25, 2010, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Quintana-Pierce in any Department of

Homeland Security database to suggest that she obtained permission from the Secretary of the Department of Homeland Security to return to the United States after her removal. Quintana-Pierce's immigration history was matched to her by electronic fingerprint comparison.

4. Criminal history checks revealed that Lynda Jacqueline Quintana-Pierce was convicted of Attempted Possession of Dangerous Drugs for Sale, a felony offense, on February 5, 2004, in the Superior Court of Arizona, Mohave County. Quintana-Pierce was sentenced to two and one half (2.5) years' incarceration and four (4) months' probation. Quintana-Pierce's criminal history was matched to her by electronic fingerprint comparison.

5. On August 28, 2017, Lynda Jacqueline Quintana-Pierce was advised of her constitutional rights. Quintana-Pierce freely and willingly acknowledged her rights and agreed to provide a statement under oath. Quintana-Pierce stated that her true name is Lynda Jacqueline Quintana-Pierce and that she is a citizen of Mexico. Quintana-Pierce stated that she "crossed the border," into the United States through "T.J.," on or about 2012. Quintana-Pierce further stated that she had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after her removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about May 9, 2016, Lynda Jacqueline Quintana-Pierce, an alien, was found in the United States of America, at or near Kingman, in the District of Arizona, after having

been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 25, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Gilbert V. Longoria,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 29th day of August, 2017.
_____
Eilleen S. Willett,
United States Magistrate Judge